# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142865(28)

TIMOTHY PAUL BAY,
     Plaintiff-Appellee,

v

CLINTON CANADY, III and
CANADY LAW FIRM,
     Defendant-Appellant.
_____

SC:   142865
CoA:  301183
Ingham CC: 09-1517-NM

      On order of the Chief Justice, a stipulation by counsel for the parties agreeing to the dismissal of the application for leave to appeal is considered and the application is dismissed with prejudice and without costs.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 13, 2011

Clerk